**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    BP Automotive LP d/b/a Bossier Dodge v. RML Waxahachie Dodge, LLC, RLJ-McLarty_Landers Automotive Holdings, LLC, RmL Waxahachie Ford, LLC, RML Waxahachie GMC, LLC

Appellate case number:  01-12-00085-CV

Trial court case number:  10030B

Trial court:            87th District Court of Freestone County

Appellant moves to allow George H. Fibbe, of Yetter Coleman LLP, to withdraw as its counsel of record. *See* TEX. R. APP. P. 6.5. The motion is **granted**. Kevin J. Terrazas, also of Yetter Coleman LLP, will continue as appellant's counsel of record on appeal.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack _____

☑ Acting individually  ☐ Acting for the Court

Date: May 7, 2013 _____